Certificate Number: 14751-PAE-DE-035053806

Bankruptcy Case Number: 20-13688



14751-PAE-DE-035053806

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2020, at 1:02 o'clock PM PST, TIFFANY A BELLO completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 4, 2020          By:   /s/AMEY AIONO

                                  Name:  AMEY AIONO

                                  Title: Certified Credit Counselor