United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tiffany A. Bello  
    Debtor(s)

Case No. 20-13688-amc  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 1 |
| Date Rcvd: Nov 05, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tiffany A. Bello, 69 West Amosland Road, Norwood, PA 19074-1418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| MARK A. BERENATO | on behalf of Debtor Tiffany A. Bello mark@berenatolawfirm.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Metropolitan Life c/o Bayview Loan Servicing LLC bkgroup@kmllawgroup.com |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Tiffany A. Bello aka Tiffany Anne Bello aka Tiffany Bello<br>                                    Debtor(s) | CHAPTER 7 |
| Metropolitan Life c/o Bayview Loan Servicing, LLC<br>                                    Movant<br>        vs. | NO. 20-13688 AMC |
| Tiffany A. Bello aka Tiffany Anne Bello aka Tiffany Bello<br>                                    Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq.<br>                                    Trustee | |

## ORDER

AND NOW, this           day of                      , 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 69 West Amosland Road, Norwood, PA 19074 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: November 4, 2020**                                                                                 United States Bankruptcy Judge.